| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | **SO. CAL. EQUAL ACCESS GROUP**<br>Jason J. Kim (SBN 190246)<br>Jason Yoon (SBN 306137)<br>Kevin Hong (SBN 299040)<br>101 S. Western Ave., Second Floor<br>Los Angeles, CA 90004<br>Telephone: (213) 252-8008<br>Facsimile: (213) 252-8009<br>cm@SoCalEAG.com<br><br>Attorneys for Plaintiff<br>KENNETH DAVIDSON |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH DAVIDSON,<br><br>   Plaintiff,<br><br>vs.<br><br>LIAO COMMERCIAL MAIN STREET LLC; and DOES 1 to 10,<br><br>   Defendants. | **Case No.: 2:23-cv-10897 SB (MARx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff KENNETH DAVIDSON ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

  (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

   (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2  summary judgment.  Accordingly, this matter may be dismissed without an Order of the
3  Court.

5  DATED:  April 16, 2024            **SO. CAL. EQUAL ACCESS GROUP**

8              By:    */s/   Jason J. Kim*
                      Jason J. Kim, Esq.
9                     Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**